ing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-10866. Woody Voinche, Petitioner v. Barack H. Obama, President of the United States, et al.**

565 U.S. 811, 132 S. Ct. 86, 181 L. Ed. 2d 17, 2011 U.S. LEXIS 6664.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-11038. Kevin E. Burns, Petitioner v. Commissioner of Revenue of Minnesota.**

565 U.S. 811, 132 S. Ct. 86, 181 L. Ed. 2d 17, 2011 U.S. LEXIS 6994.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-11039. In re Kevin E. Burns, et ux., Petitioners.**

565 U.S. 811, 132 S. Ct. 86, 181 L. Ed. 2d 17, 2011 U.S. LEXIS 6709.

October 3, 2011. Motion of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until Oc-tober 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-11168. In re Alex Rudaj, Petitioner.**

565 U.S. 812, 132 S. Ct. 87, 181 L. Ed. 2d 17, 2011 U.S. LEXIS 6746.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. Justice Kagan took no part in the consideration or decision of this motion.

**No. 10-11180. Christelia Neal, Petitioner v. Ford Motor Company.**

565 U.S. 811, 132 S. Ct. 87, 181 L. Ed. 2d 17, 2011 U.S. LEXIS 6864.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until October 24, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-11262. Gerry W. Fowler, Sr., Petitioner v. Timothy F. Geithner, Secretary of the Treasury.**

565 U.S. 811, 132 S. Ct. 87, 181 L. Ed. 2d 17, 2011 U.S. LEXIS 6960.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis